The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, and MICHAEL MANFREDI, individually and on behalf of a class of all others similarly situated,

Plaintiffs,

v.

BANNER BANK, a Washington Corporation,

Defendant.

No. C17- 0601RSL

STIPULATION AND [PROPOSED] ORDER ON PLAINTIFFS' PRE-DISCOVERY MOTION FOR COLLECTIVE ACTION CERTIFICATION

*Note on Motion Calendar*:
August 8, 2017

## STIPULATION

The parties, by and through their counsel, stipulate to the following re-noting and briefing schedule on Plaintiffs' Pre-Discovery Motion for Collective Action Certification Under 29 U.S.C. §216(b) and to Send Notice to the Class ("Motion") [Dkt. 16] and statute of limitations tolling. The parties jointly request that the Court enter the following Order approving this Stipulation. In support, the parties represent the following to the Court:

1.  On July 27, 2017, Plaintiffs filed their Motion, which is noted on the Court's motion calendar for August 18, 2017. As presently noted, Defendant Banner Bank's response is due August 14, 2017, and Plaintiffs' reply is due August 18, 2017. *See* LCR 7(d)(3).

2.  Banner Bank requested and Plaintiffs agreed to extend the briefing schedule so that each side would have an additional week for their respective response and reply. To avoid

STIPULATION AND ORDER
(C17 -0601RSL) - 1
4827-0684-0652v.3 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

any prejudice to the putative collective action class by extending the briefing schedule, Plaintiffs requested and Banner Bank agreed to toll the statute of limitations period applicable to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 *et seq.*, claim by the amount of the proposed extended schedule, i.e., fourteen days.

3. Based on the foregoing, the parties stipulate and jointly request the Court to enter the proposed Order below approving the following briefing and re-noting schedule, as well as the parties' tolling agreement:

    a. Plaintiffs' Motion is re-noted to September 1, 2017;

    b. Banner Bank's response to the Motion is due on August 21, 2017;

    c. Plaintiffs' reply is due on September 1, 2017; and

    d. The statute of limitations period applicable to Plaintiffs' and the putative collective action class' FLSA claim is tolled for fourteen days.

It is so stipulated and presented by the following counsel this 8th day of August, 2017.

| The Blankenship Law Firm, P.S.<br>Attorneys for Plaintiffs | Davis Wright Tremaine LLP<br>Attorneys for Defendant Banner Bank |
|---|---|
| By s/*Robin J. Shishido*<br>Scott C. G. Blankenship, WSBA No. 21431<br>Robin J. Shishido, WSBA No. 45926<br>Jordan A. Taren, WSBA No. 50066<br>1000 Second Avenue, Suite 3250<br>Seattle, WA 98104<br>Telephone: 206.343.2700<br>Fax: 206.343.2704<br>E-mail: sblankenship@blankenshiplawfirm.com<br>    rshishido@blankenshiplawfirm.com<br>    jtaren@blankenshiplawfirm.com | By s/*Kenneth E. Payson*<br>Kenneth E. Payson, WSBA #26369<br>Sheehan Sullivan Weiss, WSBA #33189<br>Ryan Hess, WSBA #50738<br>Laura-Lee Williams, WSBA #51358<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: 206.622.3150<br>Fax: 206.757.7700<br>E-mail: kenpayson@dwt.com<br>    sheehansullivanweiss@dwt.com<br>    ryanhess@dwt.com<br>    lauraleewilliams@dwt.com |

## ORDER

The Court has considered and approves the parties' stipulation. IT IS SO ORDERED.

DATED this 10 day of August, 2017.

                              _/s/ Robert S. Lasnik_
                              Robert S. Lasnik
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
(C17-0601RSL) - 2
4827-0684-0652v.3 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax