The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, and MICHAEL MANFREDI, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. C17- 0601RSL<br><br>COMPENDIUM OF MORTGAGE LOAN OFFICER AND MANAGER DECLARATIONS IN OPPOSITION TO PLAINTIFFS' PRE-DISCOVERY MOTION FOR COLLECTIVE ACTION CERTIFICATION UNDER 29 U.S.C § 216(b) AND TO SEND NOTICE TO THE CLASS<br><br>*Note on Motion Calendar*:<br>September 1, 2017 |

Defendant Banner Bank submits the following Mortgage Loan Officer ("MLO") and manager declarations in opposition to Plaintiffs' Pre-Discovery Motion for Collective Action Certification under 29 U.S.C. § 216(b) and to Send Notice to the Class. For individuals who held the MLO position during the putative collective period, Banner Bank has placed a true and correct copy of the individuals' signed Who We Are Statement following the declaration. *See* Hess Decl. ¶ 2–4 (discussing MLO declaration collection process and Who We Are Statement).

///

///

COMPENDIUM OF DECLARATIONS AND EXHIBITS
(C17-0601RSL) - 1
4841-1610-6829v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| Ex. No. | Employee | Position(s) | Tab Contents |
|---|---|---|---|
| A | Jeffrey Case | MLO *and* Manager | (1) Signed Declaration of Jeffrey Case <br> (2) Signed "Who We Are" Statement |
| B | Henry Martin Schroder | Manager | (1) Signed Declaration of Henry Martin Schroder |
| C | Barbara Johnson | MLO | (1) Signed Declaration of Barbara Johnson <br> (2) Signed "Who We Are" Statement |
| D | Jeffrey Keeney | MLO | (1) Signed Declaration of Jeffrey Keeney <br> (2) Signed "Who We Are" Statement |
| E | Katherine Hawley | MLO | (1) Signed Declaration of Katherine Hawley <br> (2) Signed "Who We Are" Statement |
| F | Jeffrey Enrico | MLO | (1) Signed Declaration of Jeffrey Enrico <br> (2) Signed "Who We Are" Statement |
| G | Luis E. Hernandez | MLO | (1) Signed Declaration of Luis E. Hernandez <br> (2) Signed "Who We Are" Statement |

COMPENDIUM OF DECLARATIONS AND EXHIBITS
(C17-0601RSL) - 2
4841-1610-6829v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED this 21st day of August, 2017. | Davis Wright Tremaine LLP<br>Attorneys for Defendant Banner Bank |
| 3 | | |
| 4 | | By s/*Kenneth E. Payson*<br>Kenneth E. Payson, WSBA #26369 |
| 5 | | Sheehan Sullivan Weiss, WSBA #33189<br>Ryan Hess, WSBA #50738 |
| 6 | | Laura-Lee Williams, WSBA #51358<br>1201 Third Avenue, Suite 2200 |
| 7 | | Seattle, WA 98101-3045<br>Telephone: 206.622.3150 |
| 8 | | Fax: 206.757.7700<br>E-mail: kenpayson@dwt.com |
| 9 | | sheehansullivanweiss@dwt.com<br>ryanhess@dwt.com |
| 10 | | lauraleewilliams@dwt.com |

COMPENDIUM OF DECLARATIONS AND EXHIBITS
(C17-0601RSL) - 3
4841-1610-6829v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 21st day of August, 2017.

By *s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA # 26369

COMPENDIUM OF DECLARATIONS AND EXHIBITS
(C17-0601RSL) - 4
4841-1610-6829v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax