The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, and MICHAEL MANFREDI, individually and on behalf of a class of all others similarly situated,

Plaintiffs,

v.

BANNER BANK, a Washington Corporation,

Defendant.

No. C17- 0601RSL

DECLARATION OF RYAN HESS IN OPPOSITION TO PLAINTIFFS' PRE-DISCOVERY MOTION FOR COLLECTIVE ACTION CERTIFICATION UNDER 29 U.S.C § 216(b) AND TO SEND NOTICE TO THE CLASS

*Note on Motion Calendar*:
September 1, 2017

I, Ryan Hess, declare as follows:

1. I am an attorney at the law firm of Davis Wright Tremaine LLP and counsel for Banner Bank in the above-captioned case. I am over the age of 18 years and am competent to testify to the facts stated in this Declaration. The following statements are based on my personal knowledge, and if called to testify as a witness, I could and would testify to them competently.

2. Earlier this year, Davis Wright Tremaine ("Davis Wright") attorneys acting under my supervision interviewed individuals who work or worked as loan officers (collectively "MLOs") for Banner Bank and/or AmericanWest Bank ("AWB"). The Davis

DECLARATION OF RYAN HESS
(C17-0601RSL) - 1
4837-6929-0573v.3 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Wright interviewers were instructed that the only parties to the interviews were to be the interviewee and the Davis Wright interviewer.

3. At the start of each interview, the Davis Wright interviewer was instructed to read a prepared statement, which we call the "Who We Are" statement. Attached to this declaration as Exhibit A is a true and correct copy of a blank version of the Who We Are statement.

    a. The Who We Are statements identified the interviewer as a Davis Wright attorney or paralegal. It asked if the interviewee was represented by counsel and stated that, if the MLO was represented, the interview would be terminated immediately. The statements also informed MLOs that they had the right to retain their own attorney before deciding whether to speak with the Davis Wright interviewer.

    b. The Who We Are statements also disclosed the existence of this litigation, the general nature of the claims, the fact that the interviewee was a potential collective member, and that the interviewee's individual interests might be adverse to Banner Bank's interests. The statements also informed the interviewee that, if he or she chose to sign a declaration, the declaration might be filed as a public record with the Court.

    c. The Who We Are statements continued that the interviewee's participation in the interview was completely voluntary. The statements also made clear that the interviewee would neither receive a benefit for participating, nor suffer any punishment for declining to participate, in the interview.

    d. The Davis Wright interviewers also were instructed to ask the interviewee to sign a written copy of the Who We Are statement, regardless of whether the interviewee chose to proceed with the interview, so that we would have a record showing that the interviewee received the statement and that, if the interviewee chose to proceed with the interview, the interviewee was doing so voluntarily and as a result of his or her own free will.

DECLARATION OF RYAN HESS
(C17-0601RSL) - 2
4837-6929-0573v.3 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

4. In addition, the Davis Wright interviewers were instructed that, before an interviewee signed a declaration, they should emphasize that the declaration is completely voluntary and that the interviewee has no obligation to sign it.

5. I have reviewed the declarations that Banner Bank has submitted with its opposition. Those declarations cover a total of six current or former AWB and/or Banner Bank MLOs (including one who is now a manager). Since April 2014, those individuals worked in a total of eight different branch locations across three states. In addition, the MLOs reported to at least seven different direct managers at AWB and/or Banner Bank since April 2014.

6. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts from Plaintiff Kelly Bolding's deposition in a prior case entitled *Erickson, et al. v. AmericanWest Bank*, No. 15-2-01976-7 SEA, King County Superior Court.

7. Attached to this Declaration as Exhibit C is a redline showing Banner Bank's proposed changes to the Plaintiffs' draft collective certification notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington, August 21, 2017.

By /s/ Ryan Hess
Ryan Hess

DECLARATION OF RYAN HESS
(C17-0601RSL) - 3
4837-6929-0573v.3 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 21st day of August, 2017.

By *s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA # 26369

DECLARATION OF RYAN HESS
(C17-0601RSL) - 4
4837-6929-0573v.3 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax