UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, *et al.*,

Plaintiff,

v.

BANNER BANK,

Defendants.

Case No. C17-0601RSL

ORDER DENYING PLAINTIFFS' MOTION TO SEAL

This matter comes before the Court on plaintiffs' "Motion to Seal Exhibit J to the Declaration of Scott C.G. Blankenship in Support of the Plaintiff's [sic] Pre-Discovery Motion for Collective Action Certification Under 29 U.S.C. 216(b) and to Send Notice to the Class." Dkt. # 28. No justification for the seal is given other than that defendant requested that the document be treated as confidential. Defendant subsequently determined that the information disclosed in the exhibit need not be sealed after all. The motion is therefore DENIED, and the Clerk of Court is directed to unseal Dkt. # 30.

Dated this 25th day of September, 2017.

Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFFS'
MOTION TO SEAL