UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, and MICHAEL MANFREDI, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. 2:17-cv-0601 RSL<br><br>ORDER GRANTING LEAVE TO FILE AN OVERLENGTH MOTION FOR CLASS CERTIFICATION<br><br>NOTE ON MOTION CALENDAR: May 4, 2018 |

ORDER GRANTING LEAVE TO FILE AN OVERLENGTH
MOTION FOR CLASS CERTIFICATION
(Cause No. 2:17-cv-0601 RSL)
Page i

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

The Court hereby GRANTS Plaintiff's request for leave to file an additional six (6) pages of briefing in their Motion for Class Certification. Plaintiffs shall have a total of thirty (30) pages for their Motion for Class Certification, and Defendant shall have a total of thirty (30) pages for its Response.

ORDERED this 15th day of May, 2018.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
U.S. District Court Judge

PRESENTED BY:

THE BLANKENSHIP LAW FIRM, P.S.

By: s/ Scott C. G. Blankenship
    Scott C. G. Blankenship, WSBA No. 21431
    Richard E. Goldsworthy, WSBA No. 40684
    The Blankenship Law Firm, P.S.
    1000 Second Avenue, Suite 3250
    Seattle, WA 98104
    Telephone: (206) 343-2700
    Facsimile: (206) 343-2704
    Email: sblankenship@blankenshiplawfirm.com
           rgoldsworthy@blankenshiplawfirm.com
Attorneys for Plaintiff

ORDER GRANTING LEAVE TO FILE AN OVERLENGTH
MOTION FOR CLASS CERTIFICATION
(Cause No. 2:17-cv-0601 RSL)
Page 1

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700