UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, *et al.*,

         Plaintiff,

v.

BANNER BANK,

         Defendants.

Case No. C17-0601RSL

ORDER GRANTING IN PART
PLAINTIFFS' MOTION TO SEAL

This matter comes before the Court on the "Motion to Seal Exhibits Q and Z to the Declaration of Charlotte S. Sanders in Support of Plaintiffs' Motion to Compel." Dkt. # 98. Having reviewed the memoranda submitted by the parties and the remainder of the record, the Clerk of Court is directed to unseal Exhibit Q (Dkt. # 101) by agreement of the parties. Exhibit Z (Dkt. # 106) is part of a confidential mediation statement and will remain sealed.[1] Defendant's request to strike Dkt. # 106 is DENIED.

Dated this 12th day of October, 2018.

                                              Robert S. Lasnik
                                              United States District Judge

---

[1] The document originally designated as Exhibit Z at Dkt. # 102 was incorrectly filed. It, too, is part of a confidential mediation statement, but it is not the document described in the motion to compel. Dkt. # 102 will remain sealed and has not been considered by the Court.

ORDER GRANTING IN PART
PLAINTIFFS' MOTION TO SEAL