UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, *et al.*, <br><br> Plaintiffs, <br> v. <br> BANNER BANK, <br><br> Defendant. | Case No. C17-0601RSL <br><br> ORDER FOR FURTHER BRIEFING |

On October 10, 2018, the Court granted in part plaintiff's motion for class certification. Defendant has filed a timely motion for reconsideration. Pursuant to LCR 7(h)(3), plaintiffs may, if they choose, file a response to the motion for reconsideration on or before November 13, 2018. Defendant's reply, if any, shall be filed no later than November 16th. The Clerk of Court is directed to re-note defendant's "Motion for Partial Reconsideration" (Dkt. # 138) on the Court's calendar for November 16, 2018.

Dated this 2nd day of November, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING