The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BANNER BANK, a Washington Corporation,

Defendant.

No. C17-0601RSL

STIPULATED MOTION AND [PROPOSED] ORDER TEMPORARILY STAYING PROCEEDINGS AND VACATING CASE SCHEDULE PENDING MEDIATION

*Note on Motion Calendar*:
March 20, 2019

**STIPULATED MOTION**

The parties, through their attorneys, respectfully advise the Court they have agreed to seek resolution of this case through mediation. The parties have selected Mark S. Rudy of Rudy, Exelrod, Zeiff & Lowe, LLP to serve as mediator. Mr. Rudy is one of the most experienced and sought-after mediators for employment class actions. In consequence, the earliest mediation date the parties were able to schedule with Mr. Rudy is August 8, 2019.

The parties believe it is in the interests of their respective clients and of judicial economy and efficiency to (i) stay until September 1, 2019,[1] all further proceedings in this

---

[1] This is to allow time for the parties to document any settlement-in-principle they may reach at the mediation.

STIPULATION AND ORDER
(C17-0601RSL) - 1
4850-0763-1757v.4 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  litigation, including without limitation all formal discovery,[2] and (ii) vacate deadlines that
2  relate to expert disclosure, as well as all deadlines that have not yet passed, to be reset if the
3  parties' settlement efforts do not succeed.  Therefore, Plaintiffs and Banner Bank respectfully
4  stipulate to, and jointly request that the Court enter, the proposed Order set forth below staying
5  proceedings and vacating case deadlines.

6        If a settlement agreement is not reached between the parties by September 1, the stay
7  will be automatically lifted on that date, unless there is good cause to lift it sooner.  In that case,
8  the parties will advise the Court that settlement efforts have failed, and will within ten days of
9  September 1 file a Joint Status Report that includes new proposed case deadlines.

11        It is so stipulated and presented by the following counsel this 20th day of March 2019.

| The Blankenship Law Firm, PLLC<br>Attorneys for Plaintiffs | Davis Wright Tremaine LLP<br>Attorneys for Defendant Banner Bank |
|---|---|
| By s/*Scott C. G. Blankenship*<br>Scott C. G. Blankenship, WSBA No. 21431<br>Richard E. Goldsworthy, WSBA No. 40684<br>Charlotte S. Sanders, WSBA No. 45051<br>1000 Second Avenue, Suite 3250<br>Seattle, WA 98104<br>Telephone: 206.343.2700<br>Fax: 206.343.2704<br>E-mail: sblankenship@blankenshiplawfirm.com<br>       rgoldsworthy@blankenshiplawfirm.com<br>       csanders@blankenshiplawfirm.com | By s/*Kenneth E. Payson*<br>Kenneth E. Payson, WSBA #26369<br>Sheehan Sullivan Weiss, WSBA #33189<br>Ryan Hess, WSBA #50738<br>Laura-Lee Williams, WSBA #51358<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206.622.3150<br>Fax: 206.757.7700<br>E-mail: kenpayson@dwt.com<br>       sheehansullivanweiss@dwt.com<br>       ryanhess@dwt.com<br>       lauraleewilliams@dwt.com |

## ORDER

22  The Court has considered and approves the parties' stipulation.  This action is stayed
23  until September 1, 2019, including all formal discovery.  The Amended Order Setting Trial
24  Date & Related Dates [Dkt. # 131] is VACATED, and all deadlines that relate to expert
25  disclosure and all deadlines that have not yet passed are vacated.  Deadlines shall be reset if the

---

[2] The parties agreed to cooperate in good faith to exchange informally any additional information and documents, including informal discovery related to damages, that the parties may require to prepare for and conduct mediation.

STIPULATION AND ORDER
(C17-0601RSL) - 2
4850-0763-1757v.4 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1 | parties' settlement efforts do not succeed. The parties shall promptly notify the Court if they
2 | reach a settlement.

3 |     The stay shall be automatically lifted on September 1, 2019, unless there is good cause
4 | to lift it sooner. Within ten days after expiration of the stay set forth above, the parties shall
5 | submit a Joint Status Report that includes new proposed case deadlines including a trial date if
6 | the parties' settlement efforts do not succeed.

7 |     IT IS SO ORDERED.
8 |     DATED this 22nd day of March, 2019.

_____
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
(C17-0601RSL) - 3
4850-0763-1757v.4 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax