The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. 2:17-cv-00601-RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY ON PROCEEDINGS PENDING MEDIATION<br><br>*Note on Motion Calendar*:<br>*September 6, 2019* |

**STIPULATED MOTION**

On March 20, 2019, the parties filed a stipulated motion and [proposed] order temporarily staying proceedings and vacating the case schedule pending mediation in the above-entitled action. *See* Dkt. 153. This Court granted the parties' motion on March 22, 2019. *See* Dkt. 154. The parties selected Mark S. Rudy of Rudy, Exelrod, Zeiff & Lowe, LLP to serve as mediator and scheduled mediation for August 8, 2019. *See* Dkt. 153. As a result, the stay scheduled is automatically lifted under the Order on September 1, 2019, should the parties not reach a settlement agreement by that date. *See* Dkt. 154.

Subsequent to the parties' stipulated motion and the Court's order, Mr. Rudy notified the parties that he needed to cancel the August 8, 2019 mediation for personal matters due to an

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY
ON PROCEEDINGS PENDING MEDIATION
(2:17-CV-00601-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

extended leave. Declaration of Sheehan Sullivan in Support of the Stipulated Motion to Extend the Temporary Stay on Proceedings Pending Mediation ("Sullivan Decl.") ¶ 2. After several weeks of researching new mediators and exploring alternatives, the parties were able reschedule their mediation with Mr. Rudy for October 4, 2019. *Id.* ¶ 3.

Given that the mediation date changed from August to October, the parties agree that it is in the interest of judicial economy and efficiency to (i) extend the temporary stay until October 21, 2019,[1] on all further proceedings in this litigation, including without limitation all formal discovery and motions practice, and (ii) extend the time to issue a new scheduling order setting new deadlines to October 21, 2019, should the parties fail to reach a settlement agreement at their October 4, 2019 mediation. Therefore, Plaintiffs and Banner Bank respectfully stipulate to, and jointly request that the Court enter, the Proposed Order set forth below extending the stay on proceedings pending mediation.

If a settlement agreement is not reached between the parties by October 21, 2019, the stay will be automatically lifted on that date, unless there is good cause to lift it sooner. In that case, the parties will advise the Court that settlement efforts have failed, and will within ten business days of October 21 file a Joint Status Report that includes new proposed case deadlines.

It is so stipulated and presented by the following counsel this 5th day of September, 2019.

///
///
///
///
///
///

---

[1] This is to allow time for the parties to document any settlement-in-principle they may reach at the mediation or, if no settlement is reached, to negotiate a new scheduling order.

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY ON PROCEEDINGS PENDING MEDIATION (2:17-CV-00601-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Blankenship Law Firm, PLLC
Attorneys for Plaintiffs

By s/ *Scott C. G. Blankenship*
Scott C. G. Blankenship, WSBA No. 21431
Richard E. Goldsworthy, WSBA No. 40684
Charlotte S. Sanders, WSBA No. 45051
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Telephone: 206.343.2700
Fax: 206.343.2704
E-mail: sblankenship@blankenshiplawfirm.com
        rgoldsworthy@blankenshiplawfirm.com
        csanders@blankenshiplawfirm.com

Davis Wright Tremaine LLP
Attorneys for Defendant Banner Bank

By s/ *Sheehan Sullivan*
Kenneth E. Payson, WSBA #26369
Sheehan Sullivan, WSBA #33189
Ryan Hess, WSBA #50738
Laura-Lee Williams, WSBA #51358
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Fax: 206.757.7700
E-mail: kenpayson@dwt.com
        sheehansullivanweiss@dwt.com
        ryanhess@dwt.com
        lauraleewilliams@dwt.com

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY
ON PROCEEDINGS PENDING MEDIATION
(2:17-CV-00601-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

The Court has considered and approves the parties' stipulation. This action is stayed until October 21, 2019, including all formal discovery. Deadlines shall be reset if the parties' settlement efforts do not succeed. The parties shall promptly notify the Court if they reach a settlement.

The stay shall be automatically lifted on October 21, 2019, unless there is good cause to lift it sooner. Within ten business days after expiration of the stay set forth above, the parties shall submit a Joint Status Report that includes new proposed case deadlines including a trial date if the parties' settlement efforts do not succeed.

IT IS SO ORDERED.

DATED this 9th day of Sept., 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY
ON PROCEEDINGS PENDING MEDIATION
(2:17-CV-00601-RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax