The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. 2:17-cv-00601-RSL<br><br>JOINT STATUS REPORT, STIPULATED MOTION, AND [PROPOSED] ORDER CONTINUING STAY OF CASE<br><br>*Note on Motion Calendar*:<br>*October 30, 2019* |

**JOINT STATUS REPORT AND STIPULATED MOTION**

On September 9, 2019, the Court approved the parties' stipulation staying proceedings pending mediation in the above-entitled action. *See* Dkt. 161. The parties, by and through their attorneys of record, provide this Joint Status Report and Stipulated Motion to inform the Court that the parties conducted a private mediation on October 4, 2019. Although the parties made progress during that mediation, they have not yet resolved the case. The mediator, however, remains actively involved in facilitating the parties' efforts to resolve the case. The parties, therefore, respectfully ask the Court to continue to stay proceedings until December 2, 2019, pending the parties' continuing settlement efforts.

If a settlement agreement is not reached between the parties by December 2, 2019, the

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY OF CASE
(2:17-CV-00601-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

stay will be lifted automatically on that date, unless good cause exists to lift it sooner. The parties will promptly inform the Court if they reach a settlement. If settlement efforts fail, the parties will promptly advise the Court and will within ten business days of December 2 file a Joint Status Report that includes new proposed case deadlines.

It is so stipulated and presented by the following counsel this 30th day of October, 2019.

| The Blankenship Law Firm, PLLC<br>Attorneys for Plaintiffs | Davis Wright Tremaine LLP<br>Attorneys for Defendant Banner Bank |
|---|---|
| By s/ *Scott C. G. Blankenship*<br>Scott C. G. Blankenship, WSBA No. 21431<br>Richard E. Goldsworthy, WSBA No. 40684<br>Charlotte S. Sanders, WSBA No. 45051<br>1000 Second Avenue, Suite 3250<br>Seattle, WA 98104<br>Telephone: 206.343.2700<br>Fax: 206.343.2704<br>E-mail: sblankenship@blankenshiplawfirm.com<br>         rgoldsworthy@blankenshiplawfirm.com<br>         csanders@blankenshiplawfirm.com | By s/ *Kenneth E. Payson*<br>Kenneth E. Payson, WSBA No. 26369<br>Sheehan Sullivan, WSBA No. 33189<br>Laura-Lee Williams, WSBA No. 51358<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206.622.3150<br>Fax: 206.757.7700<br>E-mail: kenpayson@dwt.com<br>         sheehansullivanweiss@dwt.com<br>         lauraleewilliams@dwt.com |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY OF CASE
(2:17-CV-00601-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

The Court has considered and approves the parties' stipulation. The stay in this action is extended until December 2, 2019, including all formal discovery. Deadlines shall be reset if the parties' settlement efforts do not succeed. The parties shall promptly notify the Court if they reach a settlement.

The stay shall be automatically lifted on December 2, 2019, unless there is good cause to lift it sooner. Within ten business days after expiration of the stay set forth above, the parties shall submit a Joint Status Report that includes new proposed case deadlines including a trial date if the parties' settlement efforts do not succeed.

IT IS SO ORDERED.

DATED this 31st day of October, 2019.

_MS Lasnik_
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING STAY OF CASE
(2:17-CV-00601-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax