THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of a class of all others similarly situated,

Plaintiffs,

v.

BANNER BANK, a Washington Corporation,

Defendant.

No. 2:17-cv-00601 RSL

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT ONE WEEK

**THE BLANKENSHIP LAW FIRM, PLLC**
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

# I.   STIPULATED MOTION

The parties, through their attorneys, respectfully request an additional week to submit their Joint Status Report. Although settlement efforts continue and the mediator remains involved in those efforts, the parties have not reached an agreement. The stay automatically lifted on December 2, 2019. Per the Court's order of October 31, 2019, the parties' Joint Status Report is due today, December 16, 2019. Dkt. 163. The parties have made efforts to confer, but need additional time to meaningfully confer and complete a Joint Status Report that includes new proposed case deadlines.

The parties will submit a Joint Status Report on or before December 23, 2019 that includes new proposed case deadlines.

It is so stipulated and presented by the following counsel this 16th day of December, 2019.

Attorneys for Plaintiffs:

s/ Charlotte S. Sanders
Scott C. G. Blankenship, WSBA No. 21431
Richard E. Goldsworthy, WSBA No. 40684
Charlotte S. Sanders, WSBA No. 45051
The Blankenship Law Firm, PLLC
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Telephone: (206) 343-2700
Facsimile: (206) 343-2704
sblankenship@blankenshiplawfirm.com
rgoldsworthy@blankenshiplawfirm.com
csanders@blankenshiplawfirm.com

Attorneys for Defendant:

s/ Kenneth E. Payson
Kenneth E. Payson, WSBA No. 26369
Sheehan Sullivan, WSBA No. 33189
Laura-Lee Williams, WSBA No. 51358
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
kennethpayson@dwt.com
sheehansullivan@dwt.com
lauraleewilliams@dwt.com

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE JOINT STATUS REPORT BY
ONE WEEK (Cause No. 2:17-cv-00601 RSL)
Page 1

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

## II.    ORDER

The Court has considered and approves the parties' stipulation. The deadline for the parties to submit a Joint Status Report is continued one week to December 23, 2019. The parties shall submit a Joint Status Report on or before December 23, 2019, that includes new case deadlines including a trial plan if the parties' settlement efforts do not succeed.

DATED this ___17$^\dagger$___ day of ___Dec.___, 2019.

_MWS Lasnik_

THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE JOINT STATUS REPORT BY
ONE WEEK (Cause No. 2:17-cv-00601 RSL)
Page 2

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700