UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, *et al.*,

               Plaintiff,

    v.

BANNER BANK,

               Defendants.

Case No. C17-0601RSL

ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION

      This matter comes before the Court on defendant Banner Bank's motion for partial reconsideration of an order finding that defendant spoliated evidence. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Defendant has not met its burden.

      Defendant argues that the Court manifestly erred in finding that (a) defendant knew or should have known that evidence showing when AmericanWest Bank ("AWB") mortgage loan officers were engaged in work-related activities - such as their emails and calendars - was relevant to a threatened overtime claim as of July 2016, (b) defendant destroyed relevant emails and calendars after July 2016, and (c) defendant destroyed **all** emails and calendars related to AWB mortgage loan officers who did not join Banner Bank following AWB's acquisition. There is no error in the first two findings. As to the third, any misapprehension of the record with regards to the scope of the destruction of AWB records does not require reconsideration. The

relief granted for the spoliation of evidence is that defendant will be precluded from contesting a class member's estimate of overtime hours worked as to any month in which plaintiffs have been deprived of the employee's emails, calendar account, or both. Thus, to the extent Banner preserved and produced the email and calendar accounts of AWB employees, it will be permitted to rely on those documents to contest the class members' calculations.

For all of the foregoing reasons, defendant's motion for reconsideration is DENIED.

Dated this 8th day of June, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge