UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, *et al.*,

                Plaintiff,

    v.

BANNER BANK,

                Defendants.

Case No. C17-0601RSL

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL (DKT. # 214)

      This matter comes before the Court on defendant Banner Bank's unopposed motion to seal exhibits filed in support of its motion for partial reconsideration. Dkt. # 214. There is good cause to maintain the settlement agreements under seal. The motion is therefore GRANTED.

      Dated this 1st day of July, 2020.

                                                      Robert S. Lasnik
                                                      United States District Judge