The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, and MICHAEL MANFREDI, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. C17-0601 RSL<br><br>STIPULATION AND ORDER RE-NOTING AND SETTING BRIEFING SCHEDULE ON DEFENDANT BANNER BANK'S MOTION FOR PROTECTIVE ORDER ON PLAINTIFFS' OPT-IN DISCOVERY REQUESTS [DKT. 227] |

**STIPULATION**

The parties, by and through their counsel, stipulate to the following re-noting and briefing schedule on Defendant Banner Bank's Motion for Protective Order on Plaintiffs' Opt-in Discovery Requests ("Motion") [Dkt. 227]. The parties jointly request that the Court enter the following Order approving this Stipulation. In support, the parties represent the following to the Court:

1. On August 27, 2020, Defendant filed its Motion, which is noted on the Court's motion calendar for September 4, 2020. As presently noted, Plaintiffs' response is due September 2, 2020, and Plaintiffs' reply is due September 4, 2020. *See* LCR 7(d)(2)(B).

STIPULATION AND ORDER
(C17-0601RSL) - 1
4819-4052-7817v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

2. Plaintiffs requested an extension of time to respond to the Motion. The parties agreed that Defendant would re-note the Motion and extend the briefing schedule so that both parties would have additional time for their respective response and reply.

3. Based on the foregoing, the parties stipulate and jointly request that the Court enter the proposed Order below approving the following briefing and re-noting schedule:

    a. Defendant's Motion is re-noted to September 18, 2020;

    b. Plaintiffs' response to the Motion is due on September 11, 2020; and

    c. Defendant's reply is due on September 18, 2020.

It is so stipulated and presented by the following counsel this 1st day of September, 2020.

| The Blankenship Law Firm, P.S.<br>Attorneys for Plaintiffs | Davis Wright Tremaine LLP<br>Attorneys for Defendant Banner Bank |
|---|---|
| By *s/ Scott C.G. Blankenship*<br>Scott C. G. Blankenship, WSBA No. 21431<br>Richard E. Goldsworthy, WSBA No. 40684<br>Charlotte S. Sanders, WSBA No. 45051<br>1000 Second Avenue, Suite 3250<br>Seattle, WA  98104<br>Telephone: 206.343.2700<br>Fax: 206.343.2704<br>Email: sblankenship@blankenshiplawfirm.com<br>       rgoldsworthy@blankenshiplawfirm.com<br>       csanders@blankenshiplawfirm.com | By *s/ Melissa Mordy*<br>Kenneth E. Payson, WSBA #26369<br>Sheehan Sullivan Weiss, WSBA #33189<br>Melissa Mordy, WSBA #41879<br>Laura-Lee Williams, WSBA #51358<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104<br>Telephone: 206.622.3150<br>Fax: 206.757.7700<br>Email: kenpayson@dwt.com<br>       sheehansullivanweiss@dwt.com<br>       missymordy@dwt.com<br>       lauraleewilliams@dwt.com |

## ORDER

The Court has considered and approves the parties' stipulation.  IT IS SO ORDERED.

DATED this __2nd__ day of September, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
(C17-0601RSL) - 2
4819-4052-7817v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax