1          The Honorable Robert S. Lasnik

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10   KELLY BOLDING, and MICHAEL
     MANFREDI, individually and on behalf of          No. C17-0601 RSL
11   a class of all others similarly situated,
                                                      STIPULATION AND
12                        Plaintiffs,                 ORDER REGARDING EXPERT
                                                      REPORTS AND EXPERT
13          v.                                        DEPOSITIONS

14   BANNER BANK, a Washington Corporation,

15                        Defendant.

16

17                              **STIPULATION**

18          The parties, by and through their counsel, stipulate to the following regarding an

19   extension of the expert rebuttal report deadline and expert deposition scheduling.  The parties

20   jointly request that the Court enter the following Order approving this Stipulation.  In support,

21   the parties represent the following to the Court:

22          1.      On September 2, 2020, Plaintiffs served their expert report, consistent with the

23   Amended Case Scheduling Order [Dkt. 205].  *See* Fed. R. Civ. P. 26(a)(2)(B).

24          2.      Defendant Banner Banks's rebuttal expert report is currently due on October 2,

25   2020. *See* Fed. R. Civ. P. 26(a)(2)(D)(2).

26          3.      Banner requested to take the deposition of Plaintiffs' expert the week of

27   September 21, 2020. Plaintiffs provided two alternative dates during that same requested week

STIPULATION AND ORDER
(C17-0601RSL) - 1
4815-0515-3483v.2 0058243-000340

for Defendant to depose Plaintiffs' Expert. Due to scheduling conflicts that later came up with Defendant's counsel, the first mutually agreeable deposition date for the expert deposition was September 30, 2020.

4.     Given the timing of the deposition in relation to the rebuttal expert deadline, Banner requested a one-week extension of the October 2, 2020 rebuttal expert deadline until October 9, 2020.

5.     Plaintiffs agreed to Banner's requested extension on the condition that Banner agree to (a) coordinate dates for the deposition of Banner's rebuttal expert, (b) accept service of subpoenas on behalf of Banner's rebuttal expert, (c) allow a one-week extension of the November 4, 2020, discovery cutoff if necessary to allow Plaintiffs sufficient time to depose Banner's rebuttal expert before the discovery cutoff, and (d) disclose the name of the rebuttal expert upon filing of this Stipulation.  Banner agreed to these terms on the express understanding that the extension of the discovery cutoff was limited to Plaintiffs' deposition of the rebuttal expert only, and no other discovery.

6.     Based on the foregoing, the parties stipulate and jointly request that the Court enter the proposed Order below approving the following:

        a.     Banner's Rebuttal Expert Report deadline is continued to October 9, 2020;

        b.     If necessary for Plaintiffs to depose Banner's rebuttal expert, Plaintiffs shall have a one-week extension of the discovery cutoff to November 11, 2020.  This extension is for the limited purpose of Plaintiffs taking Banner's rebuttal expert deposition only.

It is so stipulated and presented by the following counsel this 17th day of September, 2020.

///

///

///

STIPULATION AND ORDER
(C17-0601RSL) - 2
4815-0515-3483v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  The Blankenship Law Firm, P.S.              Davis Wright Tremaine LLP
   Attorneys for Plaintiffs                    Attorneys for Defendant Banner Bank
2

3  By *s/ Scott C.G. Blankenship*              By *s/ Melissa Mordy*
   Scott C. G. Blankenship, WSBA No. 21431     Kenneth E. Payson, WSBA #26369
4  Richard E. Goldsworthy, WSBA No. 40684      Sheehan Sullivan Weiss, WSBA #33189
   Charlotte S. Sanders, WSBA No. 45051        Melissa Mordy, WSBA #41879
5  1000 Second Avenue, Suite 3250             Laura-Lee Williams, WSBA #51358
   Seattle, WA  98104                          920 Fifth Avenue, Suite 3300
6  Telephone: 206.343.2700                     Seattle, WA  98104
   Fax: 206.343.2704                           Telephone: 206.622.3150
7  Email:  sblankenship@blankenshiplawfirm.com Fax: 206.757.7700
             rgoldsworthy@blankenshiplawfirm.com Email:  kenpayson@dwt.com
8            csanders@blankenshiplawfirm.com             sheehansullivanweiss@dwt.com
                                                         missymordy@dwt.com
9                                                        lauraleewilliams@dwt.com

10

11                              **ORDER**

12     The Court has considered and approves the parties' stipulation.  IT IS SO ORDERED.

13     DATED this  18th  day of September, 2020.

14                                             _____
                                               Robert S. Lasnik
15                                             UNITED STATES DISTRICT JUDGE

16  Presented by:

17  Davis Wright Tremaine LLP
    Attorneys for Defendant Banner Bank
18

19  By *s/ Melissa Mordy*
    Kenneth E. Payson, WSBA #26369
20  Sheehan Sullivan Weiss, WSBA #33189
    Melissa Mordy, WSBA #41879
21  Laura-Lee Williams, WSBA #51358
    920 Fifth Avenue, Suite 3300
22  Seattle, WA  98104
    Telephone: 206.622.3150
23  Fax: 206.757.7700
    Email:  kenpayson@dwt.com
24            sheehansullivanweiss@dwt.com
              missymordy@dwt.com
25            lauraleewilliams@dwt.com

26  ///

27

STIPULATION AND ORDER
(C17-0601RSL) - 3
4815-0515-3483v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1

The Blankenship Law Firm, P.S.
Attorneys for Plaintiffs

2

3

By *s/ Scott C.G. Blankenship*
Scott C. G. Blankenship, WSBA No. 21431

4

Richard E. Goldsworthy, WSBA No. 40684
Charlotte S. Sanders, WSBA No. 45051

5

1000 Second Avenue, Suite 3250
Seattle, WA  98104

6

Telephone: 206.343.2700
Fax: 206.343.2704

7

Email: sblankenship@blankenshiplawfirm.com
        rgoldsworthy@blankenshiplawfirm.com

8

        csanders@blankenshiplawfirm.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER
(C17-0601RSL) - 4
4815-0515-3483v.2 0058243-000340

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax