UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of a class of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. 17-cv-00601-RSL<br><br>ORDER GRANTING DEFENDANT BANNER BANK'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

This matter came before the Court on defendant Banner Bank's Motion for Leave to File Overlength Brief (Dkt. #244) in response to plaintiffs' combined motion to modify the class certification order and to obtain relief from a deadline. The Motion is GRANTED.

Dated this 22nd day of September, 2020.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

ORDER