1

2

3

4                                        UNITED STATES DISTRICT COURT
                                        WESTERN DISTRICT OF WASHINGTON
5                                                 AT SEATTLE

6

7    KELLY BOLDING, MICHAEL MANFREDI,
     and SARAH WARD, individually and on behalf          No. 17-cv-601-RSL
     of a class of all other similarly situated,
8
                                                         ORDER GRANTING
                      Plaintiffs,                        DEFENDANT BANNER BANK'S
9                                                        MOTION FOR LEAVE TO FILE
            v.                                           OVERLENGTH MOTION TO
10                                                       DISQUALIFY PLAINTIFF AND
     BANNER BANK, a Washington Corporation,              CLASS COUNSEL
11
                      Defendant.
12

13

14          THIS MATTER came before the Court on Defendant Banner Bank's Motion for Leave

15   to File Overlength Motion to Disqualify Plaintiff and Class Counsel. Dkt. # 262. The motion is

16   GRANTED.

17

18          Dated this 29th day of September, 2020.

19                                                  *MWS Lasnik*

20                                                  Honorable Robert S. Lasnik
                                                    UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

ORDER GRANTING DEFENDANT'S
MOTION TO FILE OVERLENGTH BRIEF                          Davis Wright Tremaine LLP
(17-cv-601-RSL) - 1                                      LAW OFFICES
                                                        929 108th Avenue NE, Suite 1500
                                                        Bellevue, WA  98004-4786
                                                        425.646.6100 main · 425.646.6199 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Banner Bank

By: *s/ Melissa Mordy*
   Kenneth E. Payson, WSBA #26369
   Sheehan Sullivan, WSBA #33189
   Melissa K. Mordy, WSBA #41879
   Laura-Lee Williams, WSBA #51358
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104
   Telephone: 206.622.3150
   Fax: 206.757.7700
   Email:  kennethpayson@dwt.com
           sheehansullivan@dwt.com
           missymordy@dwt.com
           lauraleewilliams@dwt.com

ORDER GRANTING DEFENDANT'S
MOTION TO FILE OVERLENGTH BRIEF
(17-cv-601-RSL) - 2