UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of a class of all other similarly situated,

Plaintiffs,

v.

BANNER BANK, a Washington Corporation,

Defendant.

No. 2:17-cv-601-RSL

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE

This matter came before the Court on the parties' Stipulated Motion to Continue Trial Date. After considering the Stipulated Motion and being fully informed, the Court hereby ORDERS as follows:

1. The Court grants the parties' Stipulated Motion;

2. The Court vacates the trial date and remaining case deadlines, as currently set forth in the Amended Order Setting Trial Date & Related Case Deadlines (Dkt. 205); and

3. Within ten business days following the Court's ruling on all pending motions (Dkts. 227, 231, 232, 237, 264, 266, 270, 277, 294, 298, 300, 311), the parties shall submit a Joint Status Report that includes new proposed dates for trial and remaining case deadlines.

Dated this 30th day of December, 2020.

Robert S. Lasnik
United States District Judge

ORDER REGARDING PLAINTIFFS'
MOTION TO SEAL (DKT. 311)
(2:17-cv-601-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA 98004-4786
425.646.6100 main · 425.646.6199 fax