UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, *et al.*,

     Plaintiff,

  v.

BANNER BANK,

     Defendants.

Case No. C17-0601RSL

ORDER DENYING PLAINTIFFS' MOTION TO CERTIFY ADDITIONAL CLAIMS

This matter comes before the Court on "Defendant Banner Bank's Motion for Protective Order Regarding Plaintiffs' Opt-In Discovery Requests." Dkt. # 227. For the reasons stated in the "Order Denying Plaintiffs' Motion to Modify Class Certification Order," of even date, plaintiffs have not shown good cause for an extension of the class certification deadline. Their request to certify additional claims is therefore untimely and is hereby DENIED.

Dated this 15th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge