UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, *et al.*,

                Plaintiff,

    v.

BANNER BANK,

                Defendants.

Case No. C17-0601RSL

AMENDED ORDER REGARDING PLAINTIFFS' MOTION TO SEAL (DKT. # 231)

      This matter comes before the Court on plaintiffs' "Motion to Seal Certain Exhibits to the Declarations of Charlotte Sanders and Mark Miller in Support of Plaintiffs' Motion to Certify Additional Claims and Include in Certified Rule 23 Class." Dkt. # 231. Defendant subsequently withdrew its confidentiality designations as to Exhibits 32-34 to the Declaration of Charlotte S. Sanders (Dkt. # 235 at 1-69) and cross-moved to seal Exhibit 29 to the Sanders Declaration (Dkt. # 233-1 at 317-24). The Court agrees with defendant's revised designations. Unfortunately, the way in which plaintiffs filed the Exhibits (as a single, undifferentiated, electronic document) prevents the sealing and unsealing of individual pages/exhibits.

      Plaintiffs' motion to seal (Dkt. # 231) is GRANTED in part and DENIED in part. The Clerk of Court is directed to seal Dkt. # 233-1 in its entirety and plaintiff shall, within seven days of the date of this Order, refile Exhibits 1-28 and 30-34 for public viewing. Dkt. # 235 and Dkt. # 236 shall remain under seal.

1

2    Dated this 15th day of March, 2021.

3

4                                Robert S. Lasnik

5                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AMENDED ORDER REGARDING PLAINTIFFS'
MOTION TO SEAL (DKT. # 231)          -2-