1

2

3

4

5                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
6                                        AT SEATTLE

7    _____
                                              )
8    KELLY BOLDING, *et al.*,                 )
                                              )        Case No. C17-0601RSL
                              Plaintiff,       )
9              v.                             )
                                              )
10   BANNER BANK,                             )        ORDER GRANTING IN PART
                                              )        BANNER BANK'S MOTION TO
11                            Defendants.      )        SEAL (DKT. # 264)
     _____)
12

13          This matter comes before the Court on "Defendant Banner Bank's Motion to Seal

14   Redacted Portions of Banner's Motion to Disqualify and Exhibits Attached to the Declaration of

15   Sheehan Sullivan in Support of Motion to Disqualify." Dkt. # 264. Exhibits H-J to the Sullivan

16   Declaration were designated as "confidential" when produced by plaintiffs during discovery, but

17   plaintiffs have not supported that designation in response to defendant's motion. *See* Dkt. # 276.

18   With regards to the social security numbers included in defendants' submissions,  defendant

19   shall publicly file the exhibits and memoranda with all necessary redactions under LCR 5.2

20   (including social security numbers).

21

22          For the foregoing reasons, defendant's motion to seal is GRANTED in part. Dkt. # 268,

23   269, and 282 shall remain under seal, but defendant shall file redacted versions of the

24   memoranda and exhibits for public viewing.

25

26

ORDER GRANTING IN PART
BANNER BANK'S MOTION TO
SEAL (DKT. # 264)

1      Dated this 24th day of March, 2021.

2

3                         Robert S. Lasnik

4                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING IN PART
BANNER BANK'S MOTION TO
SEAL (DKT. # 264)              -2-