UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of a class of all other similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>BANNER BANK,<br><br>                Defendant. | No. 2:17-cv-601-RSL<br><br>ORDER GRANTING LEAVE TO DEPOSE CLASS MEMBERS MATTHEW TOWERY AND ROBERTA BANEGAS AND FOR RELATED EXTENSION OF DISCOVERY DEADLINE |

       This matter comes before the Court on "Defendant Banner Bank's Motion for Leave to Depose Class Members Matthew Towery and Roberta Banegas and for Related Extension of Discovery Deadline." Dkt. # 270. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds as follows:

       Mr. Towery and Ms. Banegas are percipient fact witnesses, having been specifically accused of carrying out defendant's unlawful wage policies during the periods in which they were managers. Both parties have, during the course of this litigation, sought their depositions: there is no real dispute regarding the relevance of or need for their testimony.

       The parties shall meet and confer regarding mutually agreeable dates on which to depose Mr. Towery and Ms. Banegas. Both parties may note their depositions for the mutually agreed dates and times. The parties may depose Mr. Towery and Ms. Banegas in their capacities as managers at Banner Bank and/or AmericanWest Bank.

ORDER GRANTING LEAVE TO DEPOSE TOWERY AND BANEGAS AND
FOR RELATED EXTENSION OF DISCOVERY DEADLINE - 1

The discovery cutoff is extended for the sole purpose of allowing the depositions of Mr. Towery and Ms. Banegas.

Dated this 19th day of April, 2021.

*[signature]*
Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE