UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, *et al.*,

     Plaintiff,

  v.

BANNER BANK,

     Defendants.

Case No. C17-0601RSL

ORDER GRANTING IN PART
PLAINTIFFS' MOTION TO SEAL

  This matter comes before the Court on plaintiffs' "Motion to Seal Certain Exhibits to the Declarations of Charlotte Sanders, Mark Miller, and Reiley Colgan" that were offered in support of plaintiffs' opposition to defendant's motion for summary judgment. Defendant has withdrawn the "Confidential" designation previously placed on certain exhibits. For purposes of the summary judgment motion, the remaining documents will be maintained under seal.

//

//

//

//

ORDER GRANTING IN PART PLAINTIFFS'
MOTION TO SEAL

Plaintiffs' motion to seal (Dkt. # 311) is GRANTED in part. Plaintiffs shall, within seven days of the date of this Order, file unsealed versions of:

– Exhibits 35, 39, and 40 and pages 1-9 of Exhibit 38 to the Sanders Declaration;

– Exhibits A and C to the Miller Declaration; and

– Exhibit 1 of the Colgan Declaration.

Dated this 13th day of September, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge