1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

KELLY BOLDING, MICHAEL MANFREDI,
and SARAH WARD, individually and on behalf
of all others similarly situated,

No. C17-0601RSL

11

Plaintiffs,

STIPULATED MOTION AND
ORDER TEMPORARILY
STAYING PROCEEDINGS AND
VACATING CASE SCHEDULE
PENDING MEDIATION

12

v.

13

BANNER BANK, a Washington Corporation,

14

Defendant.

15
16

**STIPULATED MOTION**

17        The parties, through their attorneys, respectfully advise the Court they have agreed to

18    seek resolution of this case through mediation.  The parties have selected David A. Rotman to

19    serve as mediator.  Mr. Rotman is one of the most experienced and sought-after mediators for

20    employment class actions.  In consequence, the earliest mediation date the parties were able to

21    schedule with Mr. Rotman is September 9, 2022, which is three days before the current trial

22    date of September 12, 2022.

23        The parties believe it is in the interests of their respective clients and of judicial

24    economy and efficiency to (i) stay until September 30, 2022,[1] all further proceedings in this

25    litigation, and (ii) vacate the trial date and pretrial deadlines, to be reset if the parties'

26

27    ---
[1] This is to allow time for the parties to document any settlement-in-principle they may reach at the mediation.

STIPULATION AND ORDER
(C17-0601RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   settlement efforts do not succeed.  Therefore, Plaintiffs and Banner Bank respectfully stipulate

2   to, and jointly request that the Court enter, the proposed Order set forth below staying

3   proceedings and vacating the trial date and pretrial deadlines set forth in the Amended Order

4   Setting Trial Date & Related Deadlines (Dkt. 359).

5          If a settlement agreement is not reached between the parties by September 30, 2022, the

6   stay will be automatically lifted on that date, unless there is good cause to lift it sooner.  In that

7   case, the parties will advise the Court that settlement efforts have failed, and will within ten

8   days of September 30 file a Joint Status Report that includes a new proposed trial date and

9   pretrial deadlines.

10

11         It is so stipulated and presented by the following counsel this 8th day of June 2022.

12  The Blankenship Law Firm, PLLC           Davis Wright Tremaine LLP
    Attorneys for Plaintiffs                 Attorneys for Defendant Banner Bank
13

14  By s/*Scott C. G. Blankenship*          By s/*Kenneth E. Payson*
    Scott C. G. Blankenship, WSBA No. 21431  Kenneth E. Payson, WSBA #26369
15  Richard E. Goldsworthy, WSBA No. 40684   Sheehan Sullivan Weiss, WSBA #33189
    1000 Second Avenue, Suite 3250           Melissa Mordy, WSBA #41879
16  Seattle, WA 98104                        Margaret Burnham, WSBA# 47860
    Telephone: 206.343.2700                  920 Fifth Avenue, Suite 3300
17  Fax: 206.343.2704                        Seattle, WA  98104-1610
    E-mail: sblankenship@blankenshiplawfirm.com   Telephone: 206.622.3150
18          rgoldsworthy@blankenshiplawfirm.com   Fax: 206.757.7700
            csanders@blankenshiplawfirm.com       E-mail: kenpayson@dwt.com
19                                                        sheehansullivanweiss@dwt.com
                                                          missymordy@dwt.com
20                                                        megburnham@dwt.com

21

22

23

24

25

26

27

STIPULATION AND ORDER
(C17-0601RSL) - 2

**ORDER**

The Court has considered and approves the parties' stipulation.  This action is stayed until September 30, 2022.  The Amended Order Setting Trial Date & Related Dates [Dkt. # 359] is VACATED.  The trial date and pretrial deadlines shall be reset if the parties' settlement efforts do not succeed.  The parties shall promptly notify the Court if they reach a settlement.

The stay shall be automatically lifted on September 30, 2022, unless there is good cause to lift it sooner.  Within ten days after expiration of the stay set forth above, the parties shall submit a Joint Status Report that includes new proposed trial date and pretrial deadlines if the parties' settlement efforts do not succeed.

IT IS SO ORDERED.

Dated this 9th day of June, 2022.

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
(C17-0601RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax