UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. 2:17-cv-00601RSL<br><br>STIPULATED MOTION AND ORDER CONTINUING STAY OF PROCEEDINGS PENDING MEDIATION |

**STIPULATED MOTION**

The parties, through their attorneys, respectfully request that the Court continue the existing stay until January 9, 2023, to accommodate the mediator's need to reschedule the parties' mediation. The Court previously granted the parties' stipulated motion to stay proceedings and vacate the case schedule pending mediation, which was scheduled for September 9, 2022. ECF No. 136. Unfortunately, after this Court granted the stay, the mediator informed the parties that he needed to undergo surgery in mid-August, requiring him to reschedule his September mediations. Consequently, the earliest mutually agreeable mediation date the parties were able to reschedule with the mediator is December 13, 2022.

The parties believe it is in the interests of their respective clients and of judicial economy and efficiency to continue to stay until January 9, 2023,[1] all further proceedings in

---
[1] This is to allow time for the parties to document any settlement-in-principle they may reach at the mediation.

STIPULATION AND ORDER
(2:17-cv-00601RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

this litigation.  Therefore, Plaintiffs and Banner Bank respectfully stipulate to, and jointly request that the Court enter, the proposed Order set forth below continuing to stay proceedings. If a settlement agreement is not reached between the parties by January 9, 2022, the stay will be automatically lifted on that date, unless there is good cause to lift it sooner. In that case, the parties will advise the Court that settlement efforts have failed, and will within ten days of January 9, 2023 file a Joint Status Report that includes a new proposed trial date and pretrial deadlines.

It is so stipulated and presented by the following counsel this 29th day of September 2022.

| | |
|---|---|
| The Blankenship Law Firm, PLLC<br>Attorneys for Plaintiffs | Davis Wright Tremaine LLP<br>Attorneys for Defendant Banner Bank |
| By s/ *Holly Brauchli*<br>Scott C. G. Blankenship, WSBA No. 21431<br>Holly Brauchli, WSBA No. 44814<br>Tobin S. Klusty, WSBA No. 52567<br>1000 Second Avenue, Suite 3250<br>Seattle, WA 98104<br>Telephone: 206.343.2700<br>Fax: 206.343.2704<br>E-mail: sblankenship@blankenshiplawfirm.com<br>           hbrauchli@blankenshiplawfirm.com<br>           tklusty@blankenshiplawfirm.com | By s/ *Kenneth E. Payson*<br>Kenneth E. Payson, WSBA #26369<br>Sheehan Sullivan Weiss, WSBA #33189<br>Melissa Mordy, WSBA #41879<br>Margaret Burnham, WSBA# 47860<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone: 206.622.3150<br>Fax: 206.757.7700<br>E-mail: kenpayson@dwt.com<br>           sheehansullivanweiss@dwt.com<br>           missymordy@dwt.com<br>           megburnham@dwt.com |

STIPULATION AND ORDER
(2:17-cv-00601RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

The Court has considered and approves the parties' stipulation. This action is stayed until January 9, 2023. The trial date and pretrial deadlines shall be reset if the parties' settlement efforts do not succeed. The parties shall promptly notify the Court if they reach a settlement.

The stay shall be automatically lifted on January 9, 2023, unless there is good cause to lift it sooner. Within ten days after expiration of the stay set forth above, the parties shall submit a Joint Status Report that includes new proposed trial date and pretrial deadlines if the parties' settlement efforts do not succeed.

IT IS SO ORDERED.

Dated this 30th day of September, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
(2:17-cv-00601RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax