UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>dDefendant. | No. C17-0601RSL<br><br>JOINT STATUS REPORT, STIPULATED MOTION, AND ORDER CONTINUING STAY OF CASE |

**STIPULATED MOTION**

On September 30, 2022, the Court approved the parties' stipulation staying proceedings pending mediation in the above-entitled action. *See* Dkt. 366. The parties, by and through their attorneys of record, provide this Joint Status Report and Stipulated Motion to inform the Court that the parties conducted a private mediation on December 13, 2022. Although the parties made progress during that mediation and remain engaged in settlement discussions, they have not yet resolved the case. The parties, therefore, respectfully ask the Court to continue to stay proceedings until March 6, 2023, pending the parties' continuing settlement efforts.

If a settlement agreement is not reached between the parties by March 6, 2023, the stay will be lifted automatically on that date, unless good cause exists to lift it sooner. The parties will promptly inform the Court if they reach a settlement. If settlement efforts fail, the parties will promptly advise the Court and will within ten business days of March 6, 2023 file a Joint

STIPULATION AND ORDER
(C17-0601RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Status Report that includes new proposed case deadlines.

2

3  It is so stipulated and presented by the following counsel this 19th day of January 2023.

4  The Blankenship Law Firm, PLLC     Davis Wright Tremaine LLP
   Attorneys for Plaintiffs           Attorneys for Defendant Banner Bank
5

6  By s/ *Scott C.G. Blankenship*     By s/ *Kenneth E. Payson*
   Scott C. G. Blankenship, WSBA No. 21431    Kenneth E. Payson, WSBA #26369
7  Holly Brauchli, WSBA No. 44814     Sheehan Sullivan Weiss, WSBA #33189
   Tobin S. Klusty, WSBA No. 52567    Melissa Mordy, WSBA #41879
8  1000 Second Avenue, Suite 3250     Margaret Burnham, WSBA# 47860
   Seattle, WA 98104                  920 Fifth Avenue, Suite 3300
9  Telephone: 206.343.2700            Seattle, WA  98104-1610
   Fax: 206.343.2704                  Telephone: 206.622.3150
10 E-mail: sblankenship@blankenshiplawfirm.com    Fax: 206.757.7700
           hbrauchli@blankenshiplawfirm.com    E-mail: kenpayson@dwt.com
11         tklusty@blankenshiplawfirm.com              sheehansullivanweiss@dwt.com
                                                      missymordy@dwt.com
12                                                    megburnham@dwt.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER                              Davis Wright Tremaine LLP
(C17-0601RSL) - 2                                         LAW OFFICES
                                                   920 Fifth Avenue, Suite 3300
                                                     Seattle, WA  98104-1610
                                                206.622.3150 main · 206.757.7700 fax

**ORDER**

The Court has considered and approves the parties' stipulation. This action is stayed until March 6, 2023. The trial date and pretrial deadlines shall be reset if the parties' settlement efforts do not succeed. The parties shall promptly notify the Court if they reach a settlement.

The stay shall be automatically lifted on March 6, 2023, unless there is good cause to lift it sooner. Within ten days after expiration of the stay set forth above, the parties shall submit a Joint Status Report that includes new proposed trial date and pretrial deadlines if the parties' settlement efforts do not succeed.

Dated this 20th day of January, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER
(C17-0601RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax