UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. C17-0601RSL<br><br>STIPULATED MOTION, AND ORDER GRANTING LEAVE FOR OVERLENGTH BRIEF |

### I.     STIPULATED MOTION FOR OVERLENGTH BRIEF

The motion for preliminary approval in this case will be more extensive than in a typical case. This matter has been ongoing for more than six years, including contested motions for certification as a collective action under the Fair Labor Standards Act, class certification under FRCP 23, discovery motions, dispositive motions, other motions practice, and two mediations. The parties ask the Court to grant leave for an overlength motion for preliminary approval to explain the background and complexity of the case, and the grounds for granting preliminary approval of the parties' settlement.

Pursuant to LCR 7(f), the parties respectfully request that the Court permit the filing of a preliminary approval motion not to exceed 9,933 words.

STIPULATED MOT. & ORDER FOR OVERLENGTH BRIEF (C17-0601RSL) - 1

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

Respectfully submitted this 25th day of September 2023.

| | |
|---|---|
| The Blankenship Law Firm, PLLC<br>Attorneys for Plaintiffs<br><br>By s/ *Tobin S. Klusty*<br>Scott C. G. Blankenship, WSBA No. 21431<br>Tobin S. Klusty, WSBA No. 52567<br>1000 Second Avenue, Suite 3250<br>Seattle, WA 98104<br>Telephone: 206.343.2700<br>Fax: 206.343.2704<br>E-mail: sblankenship@blankenshiplawfirm.com<br>         tklusty@blankenshiplawfirm.com | Davis Wright Tremaine LLP<br>Attorneys for Defendant Banner Bank<br><br>By s/ *Kenneth E. Payson*<br>Kenneth E. Payson, WSBA #26369<br>Sheehan Sullivan, WSBA #33189<br>Melissa Mordy, WSBA #41879<br>Margaret Burnham, WSBA# 47860<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206.622.3150<br>Fax: 206.757.7700<br>E-mail: kenpayson@dwt.com<br>         sheehansullivan@dwt.com<br>         missymordy@dwt.com<br>         megburnham@dwt.com |

## II.   ORDER

IT IS SO ORDERED.

Dated this 26th day of September, 2023.

*[signature]*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE