UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BOLDING, MICHAEL MANFREDI, and SARAH WARD, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANNER BANK, a Washington Corporation,<br><br>Defendant. | No. 2:17-cv-00601-RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF FOR MOTION FOR ATTORNEY'S FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS |

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF FOR MOTION FOR ATTORNEY'S FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS
Page i

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

THIS MATTER came before the Court on Plaintiffs' Motion for Leave to File Overlength Brief for Motion for Attorney's Fees and Costs and Class Representative Awards. The motion is GRANTED.

Dated this 6th day of November, 2023.

*[signature]*
ROBERT S. LASNIK
United States District Judge

PRESENTED BY:

THE BLANKENSHIP LAW FIRM, PLLC

By: */s/ Scott C. G. Blankenship*
Scott C. G. Blankenship, WSBA No. 21431
Tobin S. Klusty, WSBA No. 52567
The Blankenship Law Firm, PLLC
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Telephone: (206) 343-2700
Facsimile: (206) 343-2704
Email: sblankenship@blankenshiplawfirm.com
           tklusty@blankenshiplawfirm.com

*Attorneys for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF FOR MOTION FOR ATTORNEY'S FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS
Page 1

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700