UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BOLDING, *et al*.,

               Plaintiffs,

     v.

BANNER BANK,

               Defendant.

CASE NO. 2:17-cv-00601-RSL

ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT

This matter comes before the Court on "Plaintiffs' Motion for Final Approval of Class Action Settlement." Dkt. # 396. Having reviewed the submissions of the parties and heard the arguments of counsel, the Court finds as follows:

(1) The settlement negotiated between the parties is fair, reasonable, and adequate. It is the product of hard-fought, arms-length, non-collusive negotiations, is reasonably anticipated to provide approximately $14 million in financial relief to a relatively small class, treats class members equitably relative to each other, and has not garnered any objections or opt-outs. In addition, the litigation triggered operational changes in 2017 that in all likelihood reduced unpaid work and further benefited the class. The settlement is impressive in light of the uncertainty of success on the merits, the anticipated challenges associated with proving damages, and the additional litigation fees, costs, and delays that

would arise if the claims were pursued through trial. The Court therefore grants final approval to the settlement.

(2) The Court confirms its certification for settlement purposes of the following settlement class under Fed. R. Civ. P. 23(b)(3):

(a)      All current and former Mortgage Loan Officers, Real Estate Commissioned Loan Officers, and/or Residential Lenders (collectively, "MLOs") who were employed by Banner Bank or its predecessor, AmericanWest Bank, in Washington State at any time from April 17, 2014, to the date the order preliminarily approving the settlement was entered ("Settlement Date").

(b)      All current and former MLOs who were employed by Banner Bank or its predecessor, AmericanWest Bank, in Oregon at any time from April 17, 2011, to the Settlement Date.

(c)      All current and former MLOs who were employed by Banner Bank or its predecessor, AmericanWest Bank, in California at any time from April 17, 2013, to the Settlement Date.

(d)      The Settlement Class also includes Lisa Garrison, whose Settlement Class Period is April 17, 2014 to the last date of employment.

(3) The class notice program and class counsels' additional efforts have and will continue to provide the best notice practicable to the settlement class members of this litigation, their right to object to the settlement or to exclude themselves from participation therein, their right to make a claim under the settlement, and their right to appear at the final approval hearing.

// 

ORDER GRANTING FINAL APPROVAL OF CLASS
ACTION SETTLEMENT - 2

(4) The Court hereby approves the negotiated plan of distribution of the settlement funds. The parties are directed to proceed with the settlement procedures as specified under the terms of the settlement agreement.

Dated this 22nd day of February, 2024.

Robert S. Lasnik
United States District Judge

ORDER GRANTING FINAL APPROVAL OF CLASS
ACTION SETTLEMENT - 3